```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
    MARK SULLIVAN,                                                :
                                                                  :
                                        Plaintiff,                :     1:23-cv-5194-GHW
                                                                  :
                      -against-                                   :         ORDER
                                                                  :
    PETER GELB, et al.,                                           :
                                                                  :
                                        Defendants.               :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/2023

GREGORY H. WOODS, United States District Judge:

As discussed during the teleconference held on July 5, 2023, Plaintiff's motion to remand and Defendants' motions to dismiss are due no later than July 28, 2023. Plaintiff's and Defendants' opposition papers are due no later than three weeks following the date of service of the respective motions; Plaintiff's and Defendants' reply papers, if any, are due no later than three weeks following the date of service of the opposition papers.

SO ORDERED.

Dated: July 5, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge