# MEMORANDUM ENDORSED

Mark Sullivan
2336 SE Ocean Blvd. #41
Stuart, FL 34996
917-774-1863
mark.e.sullivan@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2023

July 26, 2023

**via ECF**

Honorable Gregory H. Woods
United States District Court, Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

Re:    mark sullivan v. peter gelb, *et. al.*
       No. 23-cv-05194-GHW

Dear Judge Woods,

I am acting pro se as Claimant regarding the above matter. Pursuant to Rule 1.E of your Individual Rules, and in the interest of preserving the coinciding due date for motions, I respectfully request an extension of time to file my motion to remand from July 28, 2023 to August 11, 2023. I have not requested any prior extensions of time regarding this case. The defendants gelb, sells, basta, and wheeler have already requested this same extension of time to file their motions to dismiss and have consented, via their attorneys, to my request.

Respectfully submitted,

mark sullivan

mark sullivan, claimant

cc: Olivia Singer, counsel for defendant Sam Wheeler (via email and ECF)
    Howard Robbins and Godfre Blackman, counsel for defendants Peter Gelb, Marcia Sells, and
    Stephanie Basta (via email and ECF)

Application granted.  Plaintiff's deadline to file its motion to remand is extended to August 11, 2023.  Defendants' opposition papers are due no later than three weeks following the date of service of the respective motion; Plaintiff's reply papers, if any, are due no later than three weeks following the date of service of the opposition papers.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 26.
SO ORDERED.

Dated:  July 28, 2023
New York, New York

GREGORY H. WOODS
United States District Judge