# MEMORANDUM ENDORSED

**Proskauer»**  Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2023
```

Howard Z. Robbins
Member of the Firm
d +1.212.969.3912
f 212.969.2900
hrobbins@proskauer.com
www.proskauer.com

July 26, 2023

**By ECF**

Hon. Gregory H. Woods
United States District Court, Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

    Re:  *Mark Sullivan v. Peter Gelb, et al.*
          No. 23-cv-05194-GHW

Dear Judge Woods:

Defendants Peter Gelb, Marcia Sells, Stephanie Basta, and Samuel Wheeler ("Defendants") write pursuant to Your Honor's Individual Rule 1E, to request an extension of Defendants' deadline to file their motions to dismiss from July 28, 2023, to August 11, 2023. Due to other ongoing matters, Defendants request this additional time to finalize the papers. This is Defendants' first request for an extension. Plaintiff Mark Sullivan has consented to this request.

Respectfully submitted,

*s/ Howard Z. Robbins*
Howard Z. Robbins, Esq.
Godfre O. Blackman, Esq.
*Counsel for Defendants Peter Gelb, Marcia Sells, and Stephanie Basta*

*[signature]*

Olivia R. Singer, Esq.
*Counsel for Defendant Samuel Wheeler*

cc: Mark Sullivan (by ECF)

---

Application granted. Defendants' deadline to file their motions to dismiss is extended to August 11, 2023. Plaintiff's opposition papers are due no later than three weeks following the date of service of the respective motions; Defendants' reply papers, if any, are due no later than three weeks following the date of service of the opposition papers.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 25.
SO ORDERED.

Dated: July 28, 2023
New York, New York

*[signature]*
GREGORY H. WOODS
United States District Judge