**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
MARK SULLIVAN,

                Plaintiff,

    -against-                                     23 **CIVIL** 5194 (GHW)

                                                              **JUDGMENT**

PETER GELB, MARCIA SELLS, STEPHANIE
BASTA, and SAMUEL WHEELER,

                Defendants.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated April 25, 2024, the Court finds that Plaintiff's claims for tortious interference, breach of the covenant of good faith and fair dealing, fraud, negligence, negligent misrepresentation, and concerted-action liability are preempted by section 301 of the LMRA. The section 301 claims are untimely, as is the claim alleging breach of the duty of fair representation. And Plaintiff fails to state a claim for assault under New York law. Therefore, the Court has granted Defendants' motions to dismiss this case with prejudice. Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:** New York, New York

      April 26, 2024

                                                                  **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                                         **BY:**      *K. Mango*

                                                                    **Deputy Clerk**