USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

    MARK SULLIVAN,

                    Plaintiff,      :      1:23-cv-5194-GHW

        -against-            :      <u>ORDER</u>

    PETER GELB, *et al.,*

                  Defendants.    :

-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On May 23, 2024, Plaintiff filed a motion requesting that the Court "enter an Order to alter the judgment of [the Court's] Order dated April 25, 2024 . . . , vacate that judgment, and remand this case to the New York State Supreme Court for further proceedings . . . ." Dkt. No. 110. Any opposition is due no later than June 6, 2024. Any reply is due no later than June 13, 2024. The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: May 24, 2024
       New York, New York

                                   _____
                                   GREGORY H. WOODS
                               United States District Judge